# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRIA K. HARRIS, ET AL.,**<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>**HOME DEPOT U.S.A., INC., ET AL.,**<br><br>　　　　Defendants. | Case No.: 15-CV-1058 YGR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

　　Pursuant to Civil Local Rule 3-12 (c), the undersigned **ORDERS** that the above-captioned case is referred to Judge Vince Chhabria to consider whether it is related to the following:

　　*Harris v. Home Depot*, Case No. 14-CV-4206

　　**IT IS SO ORDERED.**

Date: May 18, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**