1  SETAREH LAW GROUP
   Shaun Setareh (SBN 204514)
2  shaun@setarhlaw.com
   Tuvia Korobkin (SBN 268066)
3  tuvia@setarehlaw.com
   9454 Wilshire Boulevard, Suite 907
4  Beverly Hills, California  90212
   Telephone:     (310) 888-7771
5  Facsimile:     (310) 888-0109

6  Attorneys for Plaintiff Terria K. Harris

7  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Shon Morgan (Bar No. 228978)
8  shonmorgan@quinnemanuel.com
   Joseph Sarles (Bar No. 254750)
9  josephsarles@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
10 Los Angeles, California  90017-2543
   Telephone:     (213) 443-3000
11 Facsimile:     (213) 443-3100

12 Attorneys for Defendant Home Depot USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRIA K. HARRIS, on behalf of herself, all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | CASE NO.  15-CV-01058-VC<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING SECOND AMENDED COMPLAINT** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiff Terria Harris and Defendant Home Depot U.S.A., Inc. ("Home Depot") (collectively, the "Parties") hereby submit this Stipulation and Proposed Order, as follows:

WHEREAS, as discussed in the Parties' Joint Case Management Conference Statement, Plaintiff Harris intends to seek leave to file an amended complaint;

WHEREAS, Home Depot has agreed to stipulate to the filing of an amended complaint, subject to Home Depot's express reservation of all defenses and responses thereto;

WHEREAS, Plaintiff anticipates being prepared to file the amended complaint within 30 days;

WHEREAS, Plaintiff agrees that in light of this stipulation, Home Depot need not answer the operative First Amended Complaint;

NOW, THEREFORE, the Parties hereby STIPULATE AND AGREE as follows, subject to the Court's approval:

1. Plaintiff's Second Amended Complaint shall be filed no later than August 14, 2015;

2. Home Depot shall not be required to answer the First Amended Complaint;

3. Home Depot's response to the Second Amended Complaint shall be due on September 11, 2015; and

4. No other scheduling dates shall be affected by this stipulation.

Dated: July 14, 2015        /s/ Shaun Setareh
                            Shaun Setareh
                            Tuvia Korobkin
                            SETAREH LAW GROUP
                            Attorneys for Plaintiff,
                            TERRIA K. HARRIS

Dated: July 14, 2015        /s/ Joseph Sarles
                            Shon Morgan
                            Joseph Sarles
                            Attorneys for Defendant
                            Home Depot USA, Inc.

**[~~PROPOSED~~] ORDER**

The Court has read and considered the Parties' Stipulation Regarding Second Amended Complaint.  GOOD CAUSE APPEARING, the Court hereby ORDERS as follows:

1. Plaintiff's Second Amended Complaint shall be filed no later than August 14, 2015;

2. Home Depot shall not be required to answer the First Amended Complaint;

3. Home Depot's response to the Second Amended Complaint shall be due on September 11, 2015; and

4. No other scheduling dates shall be affected by this Order.

**IT IS SO ORDERED**

Dated:  July 16 , 2015

Hon. Vince Chhabria
United States District Judge