1  SETAREH LAW GROUP
   Shaun Setareh (SBN 204514)
2    shaun@setarhlaw.com
   Tuvia Korobkin (SBN 268066)
3    tuvia@setarehlaw.com
4  9454 Wilshire Boulevard, Suite 907
Beverly Hills, California  90212
5  Telephone:    (310) 888-7771
Facsimile:     (310) 888-0109
6
7  Attorneys for Plaintiff Terria K. Harris

8

9  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Shon Morgan (Bar No. 228978)
   shonmorgan@quinnemanuel.com
10   Joseph Sarles (Bar No. 254750)
   josephsarles@quinnemanuel.com
11 865 South Figueroa Street, 10th Floor
12 Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
13 Facsimile:     (213) 443-3100

14 Attorneys for Defendant Home Depot USA, Inc.

15

16

17                   UNITED STATES DISTRICT COURT

18               NORTHERN DISTRICT OF CALIFORNIA

19                   SAN FRANCISCO DIVISION

20

| | |
|---|---|
| 21  TERRIA K. HARRIS, on behalf of herself, all others similarly situated, | CASE NO.  15-CV-01058-VC |
| 22 | |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING ADR PROCESS** |
| 23 | |
| 24  vs. | |
| 25  HOME DEPOT U.S.A., INC., a Delaware Corporation; and DOES 1-50, inclusive, | |
| 26  Defendants. | |
| 27 | |

28

02441.00002/7100496.1

1   TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2          Plaintiff Terria Harris and Defendant Home Depot U.S.A., Inc. ("Home Depot")

3   (collectively, the "Parties") hereby submit this Stipulation and Proposed Order, as follows:

4          WHEREAS, on May 17, 2015, the parties filed a Stipulation Selecting ADR Process (Dkt.

5   No. 17);

6          WHEREAS, pursuant to that Stipulation, the parties agreed to conduct a mediation before

7   Judge Ronald Sabraw (Ret.) on August 13, 2015;

8          WHEREAS, on August 6, 2015, counsel for Home Depot informed counsel for Plaintiff

9   that Home Depot did not believe a class-wide resolution was viable at this time due to the pending

10  settlement in the overlapping *Fernandez* class action in the Central District of California, as well

11  as Home Depot's belief in the strength of its arguments as to the statute of limitations issues that

12  have been set by the Court for early resolution;

13         WHEREAS, in light of the Home Depot's position, the Parties agree that a mediation on

14  August 13, 2015 is not likely to be productive;

15         WHEREAS, the parties have agreed to defer the mediation until after the statute of

16  limitations issues are resolved, which they anticipate will be following Home Depot's anticipated

17  motion for summary judgment due on or before October 12, 2015 under the current scheduling

18  order;

19         NOW, THEREFORE, the Parties hereby STIPULATE AND AGREE as follows, subject

20  to the Court's approval:

21         1.      The parties' currently-scheduled private mediation as contemplated in Docket

22  Number 17 may be rescheduled after resolution of Home Depot's motion for summary judgment

23  on statute of limitations issues, which is set to be filed on or before October 12, 2015;

24         2.      No other scheduling dates shall be affected by this stipulation.

25

26

27

28

02441.00002/7100496.1
                                            -1-                    Case No.  15-CV-01058-VC
                                                        STIPULATION REGARDING ADR PROCESS

1

2    Dated:  August 17, 2015              */s/ Tuvia Korobkin*
                                         Shaun Setareh
3                                        Tuvia Korobkin
                                         SETAREH LAW GROUP
4                                        Attorneys for Plaintiff,
                                         TERRIA K. HARRIS

5

6
     Dated:  August 17, 2015              */s/ Joseph Sarles*
7                                        Shon Morgan
                                         Joseph Sarles
8                                        Attorneys for Defendant
                                         Home Depot USA, Inc.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                                    **[PROPOSED] ORDER**

3          The Court has read and considered the Parties' Stipulation Regarding ADR Process.

4   GOOD CAUSE APPEARING, the Court hereby ORDERS as follows:

5          1.      The parties' currently-scheduled private mediation as contemplated in Docket

6   Number 17 may be postponed and rescheduled after resolution of Home Depot's motion for

7   summary judgment on statute of limitations issues, which is set to be filed on October 12, 2015;

8          2.      No other scheduling dates shall be affected by this stipulation.

9
                   **IT IS SO ORDERED**
10

11  Dated: ___August 20___, 2015

12                                                    _____

13                                                    Hon. Vince Chhabria
                                                      United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

### ATTESTATION OF E-FILED SIGNATURE

2

I, Joseph Sarles, am the ECF user whose ID and password are being used to file the

3 foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic

4 filing of this document has been obtained from Tuvia Korobkin.

5

6 Dated:  August 17, 2015                    */s/ Joseph Sarles*
                                             Joseph Sarles
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28